Policeman

**PETITION FOR A WRIT OF HABEAS CORPUS** _by_

Name **Fisher** **David** **F**
     (Last)    (First)    (Initial)

Prisoner Number **None**

Institutional Address _____

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**David Fred Fisher**
(Enter the full name of plaintiff in this action.)

vs.

**Steve Cambre et al**

(Enter the full name of respondent(s) or jailor in this action)

Case No. **08  1635 CW**
(To be provided by the clerk of court)

**PETITION FOR A WRIT
OF HABEAS CORPUS**

**(PR)**

<u>Read Comments Carefully Before Filling In</u>

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

1 | Who to Name as Respondent

2 |     You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6 |     If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

__Policeman__      _____

        Court                         Location

    (b) Case number, if known _____

    (c) Date and terms of sentence _____

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)     Yes ___     No ___

    Where?

    Name of Institution: _____

    Address: _____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_____

_____

_____

PET. FOR WRIT OF HAB. CORPUS      - 2 -

|    |                                                          |                    |                |
|----|----------------------------------------------------------|--------------------|----------------|
| 1  | 3. Did you have any of the following?                    |                    |                |
| 2  |     Arraignment:                     | Yes _____          | No _____       |
| 3  |     Preliminary Hearing:             | Yes _____          | No _____       |
| 4  |     Motion to Suppress:              | Yes _____          | No _____       |

4. How did you plead?

    Guilty _____    Not Guilty _____    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?    Yes _____    No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment     Yes _____    No _____

    (b)    Preliminary hearing     Yes _____    No _____

    (c)    Time of plea     Yes _____    No _____

    (d)    Trial     Yes _____    No _____

    (e)    Sentencing     Yes _____    No _____

    (f)    Appeal     Yes _____    No _____

    (g)    Other post-conviction proceeding     Yes _____    No _____

8. Did you appeal your conviction?    Yes _____    No _____

    (a)    If you did, to what court(s) did you appeal?

                Court of Appeal     Yes _____    No _____

                Year: _____    Result: _____

                Supreme Court of California     Yes _____    No _____

                Year: _____    Result: _____

                Any other court     Yes _____    No _____

                Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

|   |   |   |   |   |
|---|---|---|---|---|
| 1 |     | petition? | Yes _____ | No _____ |
| 2 | (c) | Was there an opinion? | Yes _____ | No _____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? |   |   |
| 4 |     |   | Yes _____ | No _____ |

5  If you did, give the name of the court and the result:

6  _____

7  _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?          Yes _____     No _____

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16       (a)   If you sought relief in any proceeding other than an appeal, answer the following

17             questions for each proceeding. Attach extra paper if you need more space.

18       I.    Name of Court: _____

19             Type of Proceeding: _____

20             Grounds raised (Be brief but specific):

21             a._____

22             b._____

23             c._____

24             d._____

25             Result: _____ Date of Result:_____

26       II.   Name of Court: _____

27             Type of Proceeding: _____

28             Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1                        a. _____

2                        b. _____

3                        c. _____

4                        d. _____

5               Result: _____ Date of Result: _____

6       III.    Name of Court: _____

7               Type of Proceeding: _____

8               Grounds raised (Be brief but specific):

9                        a. _____

10                       b. _____

11                       c. _____

12                       d. _____

13              Result: _____ Date of Result: _____

14      IV.    Name of Court: _____

15              Type of Proceeding: _____

16              Grounds raised (Be brief but specific):

17                       a. _____

18                       b. _____

19                       c. _____

20                       d. _____

21              Result: _____ Date of Result: _____

22   (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                              Yes ____     No ____

24         Name and location of court: _____

25 B. GROUNDS FOR RELIEF

26        State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: _Continued on Page 1_____
6  _____
7  Supporting Facts:_____
8  _____
9  _____
10 _____
11 Claim Two:_____
12 _____
13 Supporting Facts:_____
14 _____
15 _____
16 _____
17 Claim Three:_____
18 _____
19 Supporting Facts:_____
20 _____
21 _____
22 _____
23     If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25 _____
26 _____
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   _Continued on Page_ _____
5   _____
6   _____

7   Do you have an attorney for this petition?        Yes____   No ✓
8   If you do, give the name and address of your attorney:
9   _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on _March 18, 2008_    _David Fred Fisher_
14          Date                              Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -

David Fisher
1516 166TH Ave.
San Leandro CA 94578
Petitioner


The United States District Court for the Northern District of California
Respondent

hereto I am formula I can make up

March 18, 2008     David Fred Fisher
                   David Fred Fisher

1

On the day April 26, 1994 Mr. Fisher was charged with the following offenses hereafter Penal Code 261 (a) (2) 2 counts Penal Code 288 (b) 2 counts forcible lewd act on a child under 14, Penal Code 288 (a) 70 (3) and Penal Code 270 continuos sexual abuse, hereto the partys crimes offenses.

I can't be that make up, that's a resume, continuous sexual abuse on a child, you can't be that make, run over.

1                                    1

I don't go that Mr. Fisher, no income moreover, hereafter, to USA Amend. 12, furthermore, I can't be temporarily incapible make, USA Amend. 12.

I declare under perjury the foregoing is true and correct.

_David Fred Fisher_
David Fred Fisher



A



David Fred Fisher
1512 166th Ave
San Leandro, CA 94578

United States District Court for the
Northern District of California
450 Golden Gate Ave 16Th floor
San Francisco, CA 94102