Clear Form

FILED
08 MAR 26 PH 3:00
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9
10
David Fred Fishen
11                    Plaintiff,    C V CASE NO. 08 _____ **1635**
12      vs.                                **APPLICATION TO PROCEED**
13                                         **IN FORMA PAUPERIS**        **CW**
                                           (Non-prisoner cases only)
14      Steve Cambnqetry g      Defendant.
15

**(PR)**

16      I, David Fred Fishen, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct.  I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21          In support of this application, I provide the following information:

22  1.    Are you presently employed?                    Yes ____  No _X_

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _____  Net: _____

26  Employer: _____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.     Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |      a.     Business, Profession or       Yes ____ No ✗

8 |            self employment?

9 |      b.     Income from stocks, bonds,       Yes ____ No ✗

10 |            or royalties?

11 |      c.     Rent payments?       Yes ____ No ✗

12 |      d.     Pensions, annuities, or       Yes ____ No ✗

13 |            life insurance payments?

14 |      e.     Federal or State welfare payments,       Yes ✗ No ____

15 |            Social Security or other govern-

16 |            ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | S S I   $ 650, 00 _____

20 | _____

21 | 3.     Are you married?       Yes ____ No ✗

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a.     List amount you contribute to your spouse's support:$ _____

27 |      b.     List the persons other than your spouse who are dependent upon you for support

28 |            and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.     Do you own or are you buying a home?          Yes ____  No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?                    Yes ____  No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account?  Yes ____  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                      Yes ____  No ____

_____

8.     What are your monthly expenses?

Rent:  $  5 0 0 , 0 0 _____  Utilities:  1 5 0 ▬▬ 0 0

Food:  $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 18, 2008        David Fred Fisher

DATE                              SIGNATURE OF APPLICANT