David Fisher

1512 166TH Ave

San Leandro CA 94578

Petitioner

**FILED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND    SF

Jerry Brown

455 Golden Gate Ave St 11000

San Francisco  CA 94102

Respondent

CV08-01635 C W

Amended Petition

hereto I am formula I can make up

July 14, 2008    _David Fred Fisher_
                  David Fred Fisher

On the day April 26, 1994 Mr. Fisher was charged with the following offenses hereafter Penal Code 261 (a) (2) 2 counts Penal Code 288 (b) 2 counts forcible lewd act on a child under 14, Penal Code 288 (a) (3) and Penal Code 270 continuos sexual abuse, hereto the partys crimes offenses.

I can't be that make up, that's a resume, continuous sexual abuse on a child, you can't be that make run over.

I don't go that Mr. Fisher, no income moreover, hereafter, to USA Amend. 12 , furtheremore, I can't be temporarily incapible make, USA Amend. 12 x

I declare under perjury the foregoing is true and correct.

David Fred Fisher
David Fred Fisher

## REGISTRATION RECEIPT

| | |
|---|---|
| ☑ **TEMPORARY REGISTRATION RECEIPT** (Expires 10 days from date) | |
| ☐ **PERMANENT REGISTRATION RECEIPT** | |

| | |
|---|---|
| ☑ **Penal Code Section 290** | |
| ☐ **Penal Code Section 457.1** | **CII Number** 08946501 |
| ☐ **Health and Saftey Code Section 11590** | **OLN** D2896193 |

**Name of Registrant**
FISHER , DAVID F

**Residence Address**
1512 166TH AV.,  SAN LEANDRO , CA , 94578

**Date of Birth**
3/13/1973

**Name of Registering Agency**
ALAMEDA COUNTY SHERIFF'S OFFICE / AVD151

| **Right Thumb Print** | **Date of Annual Update** | **Date of Registration** |
|---|---|---|
|  | 03.13.05 | 03.18.08 |
| | **Signature of Registering Officer / Badge Number** | |
| | *[signature]*  8365 | |
| | **Signature of Registrant** | |
| | *David Fisher* | |

SS-8072, (Rev. *[illegible]*

1    <u>**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**</u>

2    Name _Fisher_____ _David_____ _F_____
          (Last)              (First)           (Initial)

3    Prisoner Number _None_____

4    Institutional Address _____

5    _____

6    ===================================================

7    UNITED STATES DISTRICT COURT
     **NORTHERN DISTRICT OF CALIFORNIA**

8    _David Fred Fisher_____   )
     (Enter the full name of plaintiff in this action.)   )
                                     )
9                                    )
                                     )
              vs.                    )
10                                   )        Case No. _____
     _Steve Cambra et, al._____   )        (To be provided by the clerk of court)
11                                   )
     _____ )        **PETITION FOR A WRIT**
12                                   )        **OF HABEAS CORPUS**
     _____ )
13                                   )
     _____ )
14   (Enter the full name of respondent(s) or jailor in this action)   )
     _____ )
15

16   ===================================================

17   <u>Read Comments Carefully Before Filling In</u>

     <u>When and Where to File</u>

18        You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

     PET. FOR WRIT OF HAB. CORPUS        - 1 -

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1. What sentence are you challenging in this petition? Superior Court

    (a)    Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Amador County Superior Court Jackson

Court                      Location

    (b)    Case number, if known _____

    (c)    Date and terms of sentence __45  6 Yrs_____

    (d)    Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)        Yes _____    No __✓__

           Where?

           Name of Institution: _____

           Address: _____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Penal Code 288 (b)_____

_____

_____

3. Did you have any of the following?

    Arraignment:             Yes ✓    No _____

    Preliminary Hearing:    Yes ✓    No _____

    Motion to Suppress:    Yes ✓    No _____

4. How did you plead?

    Guilty _____    Not Guilty ✓    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?    Yes ✓    No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment    Yes ✓    No _____

    (b)    Preliminary hearing    Yes ✓    No _____

    (c)    Time of plea    Yes ✓    No _____

    (d)    Trial    Yes ✓    No _____

    (e)    Sentencing    Yes ✓    No _____

    (f)    Appeal    Yes ✓    No _____

    (g)    Other post-conviction proceeding    Yes ✓    No _____

8. Did you appeal your conviction?    Yes ✓    No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal    Yes ✓    No _____

        Year: _96_    Result: _Defecient_

        Supreme Court of California    Yes _____    No _____

        Year: _98_    Result: _Defecient_

        Any other court    Yes _____    No _____

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1          petition?                                   Yes _____    No ____✓

2     (c)   Was there an opinion?                       Yes ___✓    No_____

3     (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                                       Yes _____    No ____✓

5          If you did, give the name of the court and the result:

6          _____

7          _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?          Yes _____    No ___✓

10      [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition.  You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15  U.S.C. §§ 2244(b).]

16      (a)   If you sought relief in any proceeding other than an appeal, answer the following

17            questions for each proceeding.  Attach extra paper if you need more space.

18      I.    Name of Court: _____

19            Type of Proceeding: _____

20            Grounds raised (Be brief but specific):

21            a._____

22            b._____

23            c._____

24            d._____

25            Result: _____Date of Result:_____

26      II.   Name of Court: _____

27            Type of Proceeding: _____

28            Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1    a._____

2    b._____

3    c._____

4    d._____

5    Result: _____Date of Result:_____

6    III.    Name of Court: _____

7    Type of Proceeding: _____

8    Grounds raised (Be brief but specific):

9    a._____

10    b._____

11    c._____

12    d._____

13    Result: _____Date of Result:_____

14    IV.    Name of Court: _____

15    Type of Proceeding: _____

16    Grounds raised (Be brief but specific):

17    a._____

18    b._____

19    c._____

20    d._____

21    Result: _____Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23    Yes _____    No __✓__

24    Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26    State briefly every reason that you believe you are being confined unlawfully.  Give facts to

27  support each claim.  For example, what legal right or privilege were you denied?  What happened?

28  Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space.  Answer the same questions for each claim.

2  [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); <u>McCleskey v. Zant</u>,

4  499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: <u>Continued on Page 1</u>

6  _____

7  Supporting Facts:_____

8  _____

9  _____

10  _____

11  Claim Two:_____

12  _____

13  Supporting Facts:_____

14  _____

15  _____

16  _____

17  Claim Three:_____

18  _____

19  Supporting Facts:_____

20  _____

21  _____

22  _____

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  _____

26  _____

27  _____

28  _____

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4      N/A

5    _____

6    _____

7    Do you have an attorney for this petition?        Yes_____    No✓

8    If you do, give the name and address of your attorney:

9    _____

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on _July 11, 2008_      _David Fred Fisher_

14                    Date                        Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS    - 7 -

David Fred Fisher
1412 166th Ave.
San Leandro, CA 94578

RECEIVED

JUL 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court for the
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102



U.S. POSTAGE
$2.02